THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIERON ALLEN, Appellant. (Appeal No. 2.) [951 NYS2d 453]—

Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.